MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEREK OWENS (CABN 230237)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6488
Fax: (415) 436-7234
Email: Derek.Owens@usdoj.gov

Attorneys for the United States of America

FILED
DEC 14 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BENJAMIN GUILLORY, ALYSSA WILKISON, Defendants. | No. CR 3-11-71256 TJB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING FROM DECEMBER 15, 2011 TO DECEMBER 29, 2011 |

This case is scheduled for an arraignment or preliminary hearing on December 15, 2011. The parties have made progress negotiating potential pre-indictment resolutions but have not yet reached a complete resolution on the case. The parties believe that continued discussions are in the interests of the defendant and the government. A continuance of the scheduled hearing will allow the parties enough time to review and confer on discovery and come to a resolution on the case. The time is required for the effective preparation and continuity of defense counsel in representation of the defendants.

STIP. AND ORDER
CR 3-11-71256 TJB

The parties hereby jointly and respectfully request that the Court continue this matter to Thursday, December 29, 2011 at 9:30 a.m., before the duty Magistrate Judge for a preliminary hearing.

The parties further stipulate that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from December 15, 2011 through December 29, 2011. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties represent that granting the continuance is the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: 12/13/2011       /s/ Derek Owens

DEREK OWENS
Assistant United States Attorney

DATED: 12/13/2011       /s/ Steven Kalar

STEVEN KALAR
Attorney for Alyssa Wilkison

DATED: 12/13/2011       /s/ Jeffry Glenn

JEFFRY GLENN
Attorney for Benjamin Guillory

For the reasons stated above, the Court hereby vacates the December 15, 2011 hearing and continues it to Thursday, December 29, 2011 at 9:30 a.m., before the duty Magistrate Judge

STIP. AND ORDER
CR 3-11-71256 TJB                2

for a preliminary hearing. The Court further finds that an exclusion of time from December 15, 2011 through December 29, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant of continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: Dec 14, 2011

THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge